```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                          Case No. 12-cr-111-PB

**Delano Nelson**


**O R D E R**

The defendant has moved to continue the May 7, 2013 trial in the above case, citing newly appointed counsel and the need for additional time to review extensive and complex discovery and prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and in order to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from May 7, 2013 to August 20, 2013.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on August 5, 2013 at 3:00 p.m.

No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 3, 2013

cc: Bruce Kenna, Esq.
    Helen Fitzgibbon, AUSA
    United States Marshal
    United States Probation